UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DUSTIN S. SOULEK, individually and
as representative of a Class of Participants
and Beneficiaries of the Costco 401(k)
Retirement Plan,

        Plaintiff,

        v.                             Case No. 20-C-937

COSTCO WHOLESALE CORPORATION, et al.,

        Defendants.

---

## ORDER

---

Based upon the parties' stipulation to stay the matter to allow the parties to continue the voluntary mediation process, IT IS HEREBY ORDERED that this matter be stayed in its entirety, including all deadlines. The parties shall file a status report or the plaintiff will file a motion for preliminary approval of the class action settlement with this Court on or before February 28, 2022, after which time the Court will reset the deadline for the parties to file their supplemental briefs in the matter in light of the Supreme Court's decision in *Hughes v. Northwestern University*, if necessary.

Dated at Green Bay, Wisconsin this 7th day of February, 2022.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge