UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DUSTIN S. SOULEK, individually and
as representative of a Class of Participants
and Beneficiaries of the Costco 401(k)
Retirement Plan,

        Plaintiff,

    v.                                  Case No. 20-C-937

COSTCO WHOLESALE CORPORATION, et al.,

        Defendants.

---

## ORDER

---

Based upon the parties' stipulation to stay the matter to allow the parties to finalize a settlement agreement, IT IS HEREBY ORDERED that this matter be stayed in its entirety, including all deadlines. The parties shall file a status report or the plaintiff shall file a motion for preliminary approval of the class action settlement with this Court on or before March 14, 2022.

**SO ORDERED** at Green Bay, Wisconsin this 1st day of March, 2022.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge