# EXHIBIT 1

*Soulek v. Costco Wholesale Corp., et al.*
Court File No: 1:21-cv-00379-HYJ-PJG
(June 1, 2020 – May 18, 2022)

Lodestar by Walcheske & Luzi, LLC Time Keeper:

**Partners:**

| Name | Years of Experience | Billing Rate Per Hour | Hours | Charges |
|---|---|---|---|---|
| Paul Secunda | 25 | $650 | 287.60 | $186,940.00 |
| Scott Luzi | 12 | $450 | 41.70 | $18,765.00 |
| James Walcheske | 16 | $450 | 20.20 | $9,090.00 |
| David Potteiger | 12 | $450 | 16.30 | $7,335.00 |

Walcheske & Luzi, LLC Total Hours (Attorneys): 365.8

**GRAND TOTAL HOURS (ALL COUNSEL):** **365.8**

Walcheske & Luzi, LLC Lodestar Total (Attorneys): $222,130.00

**GRAND TOTAL LODESTAR (ALL COUNSEL CURRENT):** **$221,130.00**

**Current Multiplier: 6.75**

**EXPECTED ADDITIONAL WORK TO BE COMPLETED:** 50 hours (Attorney Secunda)

$650/hr. x 50 hours = $32,500.00

**GRAND TOTAL LODESTAR (ALL COUNSEL CURRENT & EXPECTED):** **$253,630.00**

**Expected Multiplier: 5.91**

*See, e.g., Stevens v. SEI Investments Co.*, 2020 WL 996418, at *13 (E.D. Pa. Feb. 28, 2020) (approving one-third fee to Nichols Kaster, PLLP that yielded 6.16 multiplier); *In re Rite Aid Sec. Litig.*, 362 F. Supp. 2d 587, 590 (E.D. Pa. 2005) (approving a 6.96 multiplier); *Viafara v. MCIZ Corp.*, 2014 WL 1777438, at *14 (S.D.N.Y. May 1, 2014) ("Courts award lodestar multipliers of up to eight times the lodestar, and in some cases, even higher multipliers."); *Steiner v. Am. Broad. Co.,* 248 Fed. App'x. 780, 783 (9th Cir. 2007) (multiplier of 6.85 "falls well within the range of multipliers that courts have allowed.")