UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DUSTIN S. SOULEK, individually,
and as representative of a Class of
Participants and Beneficiaries, of
the Costco 401(k) Retirement Plan;

      Plaintiff,                                              Case No. 20-cv-937

    v.

COSTCO WHOLESALE CORPORATION, *et al.*

      Defendants

## PLAINTIFF'S MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, July 18, 2022, at 9:30 a.m., at 125 S. Jefferson Street, Green Bay, WI 54301 in Room 201 of the United States District Court for the Eastern District of Wisconsin, Plaintiff Dustin S. Soulek ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 50-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Article 4 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representative (Dkt. No. 51), the Settlement

Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as Exhibit 1 to this Motion.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 1st day of July, 2022          **WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
James A. Walcheske
Scott S. Luzi
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: psecunda@walcheskeluzi.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2022, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 1, 2022                                                s/Paul M. Secunda
                                                                                            Paul M. Secunda