# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**DUSTIN S. SOULEK,**

                        Plaintiff(s),

           v.                      **FAIRNESS HEARING**
                                                        Case No. 20-C-937

**COSTCO WHOLESALE CORPORATION, et al.,**

                        Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding         Time Called: 9:31 a.m.
Proceeding Held: July 18, 2022                                Time Concluded: 9:37 a.m.
Deputy Clerk: Cheryl                                                   Tape: Zoom 071822

**Appearances:**

    **Plaintiff(s):**    Paul Secunda

    **Defendant(s):**    Ian Morrison and Ada Dolph

---

Mr. Secunda informs the Court that a letter from Randall Laney was filed, however, the parties have heard nothing further from Mr. Laney. The Court finds that Mr. Laney does not object, but presents his concerns and views. Mr. Secunda states Mr. Laney's concerns and views do not pertain to the issues in this case.
Mr. Morrison informs the Court a complete presentation has been made and they have nothing to add.

The Court approves the class settlement and finds the settlement to be fair and reasonable. The Court grants the motion for settlement, attorney fees, costs and class representative compensation award.